ETHEL M. WADDEY, Appellant, v. EVERETT WADDEY, JR., Respondent.— Order confirming the report of an official referee and nullifying the alimony provisions contained in the final decree of divorce, entered May 24, 1928, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

## (April 29, 1940.)

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to FRANCIS X. OROFINO, an Attorney, Respondent.— Charges of professional misconduct against the respondent were made to this court by the Westchester County Bar Association, and on June 30, 1939, the matter was referred to Hon. J. Addison Young, official referee, to hear and to report with his opinion. [See 257 App. Div. 1004.] The official referee held hearings and on March 6, 1940, submitted a report recommending respondent's disbarment. Pending the hearing of a motion by the Westchester County Bar Association to confirm the report of the official referee, the respondent presented his resignation as attorney and counselor at law. The resignation is accepted and respondent's name is ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ

F. CHARLES FOULKE, Respondent, v. THE CRAFTSMEN'S GUILD, INC., Appellant.— Order granting in part and denying in part plaintiff's motion to strike out as insufficient separate defenses contained in the answer, modified by striking out the words " third and fourth " contained in the first ordering paragraph and by substituting in lieu thereof the words " and third," and by inserting in the second ordering paragraph between the words " the " and " fifth " the word " fourth," and as so modified, in so far as appealed from, affirmed, without costs. The fourth defense is sufficient. (6 Williston on Contracts [Rev. ed.], § 1937; *Buffalo & L. Land Co.* v. *Bellevue L. & I. Co.*, 165 N. Y. 247; *Lorillard* v. *Clyde*, 142 id. 456, 462; *Maidment* v. *Krause Milling Company*, 225 App. Div. 492, 494–497.) Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.